Stuart B. Wolfe, Esq. (SBN 156471)
sbwolfe@wolfewyman.com
Kelly Andrew Beall, Esq. (SBN 162456)
kabeall@wolfewyman.com
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
Irvine, California 92614-5979
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Defendants
CITIMORTGAGE, INCORPORATED,
VERDUGO SERVICE CORPORATION, and
FIVE STAR SERVICE CORPORATION

**FILED**
CLERK, U.S. DISTRICT COURT
MAY 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✗
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| EDWIN LEVER; GRACE LEVER,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, Incorporated; PRO VALUE PROPERTIES, Incorporated; VERDUGO SERVICE CORPORATION; STAR SERVICE CORPORATION; And JOHN DOES 1 through 10, Inclusive,<br><br>Defendants<br><br>CITIMORTGAGE, INC.,<br><br>Counterclaimant,<br>vs.<br><br>EDWIN LEVER and GRACE LEVER,<br><br>Counterdefendants. | Case No. 2:06-cv-02684 CAS (FFM)<br><br>Action filed: June 2, 2006<br><br>[~~PROPOSED~~] JUDGMENT |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

///

///

///

1

[~~PROPOSED~~] JUDGMENT
CV06-2684 CAS (FFM)

1  **PLEASE TAKE NOTICE** that Defendants, CITIMORTGAGE, INC., VERDUGO SERVICE CORPORATION and FIVE STAR SERVICE CORPORATION'S Motion for Summary Judgment, or in the alternative, Motion for Partial Summary Judgment came on for hearing before the Honorable Magistrate Judge Frederick Mumm on January 8, 2008 at 10:00 a.m. Defendants appeared through their attorneys of record Kelly Andrew Beall, Esq., of Wolfe & Wyman LLP. Plaintiffs Edwin Lever and Grace Lever appeared pro se.

After reviewing the moving and opposing papers, the evidence presented thereon, and considering oral arguments the Court requested additional briefing. Now, after reviewing and considering the additional briefing and evidence thereon and Plaintiffs failure to file any declarations in support of their oppositions and a decision having been duly rendered:

**IT IS HEREBY ORDERED**

That Plaintiffs EDWIN LEVER and GRACE LEVER'S claims for Violation of 15 USC § 1601 et. seq. (TILA), Fraud, Breach of Contract, Wrongful Eviction, Intentional Infliction of Emotional Distress, Declaratory Relief that the deed of trust and trustee's sale are void, Quiet Title and Injunctive relief be dismissed on the merits with prejudice;

**IT IS FURTHER HEREBY ORDERED**

That Plaintiffs EDWIN LEVER and GRACE LEVER's claim for Declaratory Relief that 1) CitiMortgage violated TILA and was fraudulent, and 2) CitiMortgage had no right to "switch" plaintiffs to a conventional loan be dismissed without prejudice;

**IT IS FURTHER HEREBY ORDERED**

That Defendant, CITIMORTGAGE, INC.'s counter-claim for Declaratory Relief be dismissed without prejudice;

///
///

**IT IS FURTHER HEREBY ORDERED**

That Defendants, CITIMORTGAGE, INC., VERDUGO SERVICE CORPORATION and FIVE STAR SERVICE CORPORATION recover their costs.

**IT IS SO ORDERED**

DATED: 5/27/08

_____
HONORABLE FREDERICK F. MUMM

H:\Matters\CitiMtg, Inc. - CMI (1133)\092 (Lever)\\Pleading\[Proposed] Judgment.doc

[PROPOSED] JUDGMENT
CV06-2684 CAS (FFM)